| | |
|---|---|
| 1 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| | DAVID A. JAKOPIN #209950 |
| 2 | david.jakopin@pillsburylaw.com |
| | 2475 Hanover Street |
| 3 | Palo Alto, CA 94304 |
| | Phone: (650) 233-4500 |
| 4 | Fax:  (650) 233-4545 |
| 5 | RICHARD H. ZAITLEN #063283 |
| | richard.zaitlen@pillsburylaw.com |
| 6 | CAROLYN S. TOTO #233825 |
| | carolyn.toto@pillsburylaw.com |
| 7 | 725 South Figueroa Street, Suite 2800 |
| | Los Angeles, California  90017-5406 |
| 8 | Telephone: (213) 488-7100 |
| | Facsimile: (213) 629-1033 |
| 9 | |
| 10 | Attorneys for Defendant |
| | INPHI CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NETLIST, INC., A Delaware Corporation, | Case No. CV-09-6900 DSF (RNBx) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO REPLY TO NETLIST, INC.'S OPPOSITION TO MOTION TO DISQUALIFY DLA PIPER DUE TO CONFLICT OF INTEREST** |
| vs. | |
| INPHI CORPORATION, A Delaware Corporation, | |
| Defendant. | Hearing Date:  January 10, 2011<br>Time:  1:30 p.m.<br>Courtroom:  840<br>Judge:  Hon. Dale S. Fischer |
| | Complaint Filed: November 30, 2009 |

702698020v1   - 1 -   Case No. CV09-6900 DSF (RNBx)
Order Granting Joint Stipulation to Extend Deadline to
Reply to Netlist, Inc.'s Opposition

# ORDER

On this day came for consideration the Parties Joint Stipulation to Extend Deadline to Reply to Netlist Inc.'s Opposition to Motion to Disqualify DLA Piper Due to Conflict of Interest, and the Court being of the opinion that the same should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant Inphi Corporation to file a reply be extended as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Reply to Opposition Deadline | Dec. 27, 2010 | Dec. 30, 2010 |

**IT IS SO ORDERED.**

Dated: December 27, 2010

By: /s/ Dale S. Fischer
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

702698020v1     - 2 -     Case No. CV09-6900 DSF (RNBx)
Order Granting Joint Stipulation to Extend Deadline to
Reply to Netlist, Inc.'s Opposition