UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 09-6900 DSF (RNBx) | Date | 2/2/11 |
|---|---|---|---|
| Title | Netlist, Inc. v. Inphi Corp. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order re Retention of Counsel

    Plaintiff Netlist, Inc. has not been represented by counsel since the Court disqualified its prior counsel on January 10.  A corporation cannot appear in any action or proceeding pro se.  L.R. 83-2.10.1.  Therefore, Netlist is ordered to retain new counsel.  If new counsel does not appear in this action by February 11, 2011, the case will be dismissed for failure to prosecute.  Defendant is ordered to serve a copy of this order on Netlist.

    IT IS SO ORDERED.