UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 09-6900 DSF (RNBx) | Date | 2/2/11 |
|---|---|---|---|
| Title | Netlist, Inc. v. Inphi Corp. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order re Stay

    Defendant Inphi Corporation has filed a motion to extend the stay in this case. No counsel has appeared for Plaintiff Netlist, Inc. since the Court disqualified its previous counsel. The stay is extended until February 28, 2011, to allow Plaintiff to retain new counsel. Plaintiff, through new counsel, is to respond to Inphi's stay request by February 21, 2011.

    IT IS SO ORDERED.