| | |
|---|---|
| David C. Doyle (CA SBN 70690)<br>Ddoyle@mofo.com<br>Eric M. Acker (CA SBN 135805)<br>Eacker@mofo.com<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100<br>Facsimile: 858.720.5125<br><br>Attorneys for Plaintiff<br>NETLIST, INC. | David A. Jakopin (CA SBN 209950)<br>Keren Hu (CA SBN 252725)<br>Pillsbury Winthrop Shaw Pittman LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>Tel: (650) 233-4500<br>Fax: (650) 233-4545<br>david.jakopin@pillsburylaw.com<br>keren.hu@pillsburylaw.com<br><br>Carolyn Toto (CA SBN 233825)<br>Carolyn.toto@pillsburylaw.com<br>Pillsbury Winthrop Shaw Pittman LLP<br>725 South Figueroa Street<br>Suite 2800<br>Los Angeles, CA 90017-5406<br>Tel: (213) 488-7100<br>Fax: (213) 629-1033<br><br>Attorneys for Defendant<br>INPHI CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NETLIST, INC., A Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INPHI CORPORATION, A Delaware Corporation,<br>　　　　　Defendant, | Case No. CV-09-6900-FMO (RNBx)<br><br>**JOINT STATUS REPORT REGARDING STATUS OF REEXAMINATION PROCEEDINGS**<br><br>Honorable Fernando M. Olguin |

Pursuant to the Court's January 31st, 2014 Order Removing Case From Active Caseload (Doc. No. 76), Plaintiff Netlist Inc. ("Netlist") and Defendant

Inphi Corporation ("Inphi") hereby submit this Joint Status Report Regarding the Status of the Reexamination Proceedings.

## I. United States Patent and Trademark Office ("PTO") Proceedings Involving the Asserted Patents

As of the date of this filing, the inter partes reexaminations involving Netlist's U.S. Patent Nos. 7,532,537 ("the '537 Patent," Reexamination Control No. 95/001,381), 7,619,912 ("the '912 Patent," Reexamination Control No. 95/001,339 (which has been merged with Reexamination Control Nos. 95/000,578 and 95/000,579)), and 7,636,274 ("the '274 Patent," Reexamination Control No. 95/001,337) remain pending before the United States Patent and Trademark Office ("PTO").

The following provides the Court with an update on substantive actions taken in connection with the PTO proceedings involving the Asserted Patents since the parties filed their joint status report on May 1, 2014.

### A. The '537 Patent

Since the parties' May 1, 2014 submissions to the Court, the Patent Trial and Appeal Board ("Board") issued its Decision on Request for Hearing on August 13, 2014, denying Inphi's request. The decision is final for the purpose of judicial review and appealable.

Further options available to the parties include an appeal to the U.S. Court of Appeals for the Federal Circuit under 37 C.F.R. §1.983. The deadline for filing a judicial appeal to the U.S. Court of Appeals for the Federal Circuit under 37 C.F.R. §1.983 is October 15, 2014.

### B. The '912 Patent

Since the parties' May 1, 2014 submissions to the Court, the PTO issued a Right of Appeal Notice on June 18, 2014 ("RAN") for this reexamination proceeding (merged Reexamination Control Nos. 95/001,339, 95/000,578 and

705467917v1            - 2 -    Joint Status Report Re Status of Reexamination Proceedings
                                      Case No. CV-09-6900-FMO(RNBx)

95/000,579). Inphi, as well as third party requesters SMART Modular Technologies (WWH) Inc. and Google, Inc., filed Notices of Appeal to the Board to contest all of the proposed rejections that the Examiner did not adopt in the Examiner's final decisions as set forth in the RAN with respect to Reexamination Control No. 95/000,578. Subsequently, on July 30, 2014, Netlist filed a Notice of Cross Appeal to the Board appealing the Examiner's final decision to maintain rejections of certain claims as set forth in the RAN. As such, the '912 Patent will be in an appeal process for quite some time, as upcoming appeal briefs are due on September 30, 2014.

### C.    The '274 Patent

On February 18, 2014, Inphi timely filed a request for rehearing of the Board's decision relating to the decision not to adopt the remaining one rejection that had been proposed by Inphi. On March 17 and March 18, 2014, Netlist filed a response and a corrected response requesting to reopen prosecution. On April 17, 2014, Inphi submitted Comments rebutting Netlist's March 17 and March 18, 2014 request to reopen prosecution with a petition seeking waiver of the 50-page limit. Since the parties' May 1, 2014 submissions to the Court, the Board issued on June 26, 2014 its Decision on Request for Hearing. In the June 26, 2014 Decision, the Board granted-in-part Inphi's request to modify the Board's January 16, 2014 decision. In particular, the Board granted Inphi's request to add new rejections of claims 15 and 65 under §103. While the Board denied Inphi's request to modify the Board's decision in affirming the Examiner's decision declining to reject certain claims over certain references, those claim nevertheless remain rejected based on other references. On July 29, 2014, Netlist filed an Amendment under 37 C.F.R. § 41.63(a) cancelling claims 15 and 65. Currently, all independent claims stand amended. As Inphi's petition seeking

waiver of the 50-page limit for the Comments was denied, it now has until September 4, 2014 to re-submit its Comments on Netlist's request to reopen prosecution.

Further options available to the parties include filing of a further request for rehearing of the Board's decision or an appeal to the U.S. Court of Appeals for the Federal Circuit under 37 C.F.R. §1.983.

### D.  Interference Proceedings

As previously noted, two interference proceedings have also been initiated against the Asserted Patents: one by Sanmina-SCI ("SSC") and its licensee Inphi as to all of the Asserted Patents, which bears U.S. Patent Application Ser. No. 11/142,989 (the "SSC '989 Application"), and another by SMART Modular Technologies as between the '912 Patent and U.S. Patent Application Serial No. 12/902,073 (the "'073 Application").  No interferences have yet been declared.

Regarding the SSC interference and the SSC '989 Application, the PTO mailed a Non-final Office Action on December 2, 2013 rejecting the pending claims in the SSC '989 Application.  SSC filed its response to the Non-final Office Action on July 3, 2014.

Regarding the '073 Application, a first Office Action was mailed on May 30, 2014 rejecting a number of the claims.  SMART Modular Technologies has up to 6 months to respond to this first Office Action.

## II. Conclusion

Counsel for Netlist and Inphi agree that the Case should still be stayed and remain off the Active Caseload.

Dated: August 29, 2014

Respectfully Submitted,

CAROLYN S. TOTO
PILLSBURY WINTHROP SHAW PITTMAN LLP


By: /s/ Carolyn S. Toto
Attorneys for Defendant
INPHI CORPORATION


Dated: August 29, 2014

ERIC M. ACKER
MORRISON & FOERSTER LLP


By: /s/ Eric M. Acker
Attorneys for Plaintiff
NETLIST, INC.

# DECLARATION OF CONSENT

Pursuant to Civil Local Rule 5-4.3.4(a)(2) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Eric Acker.

Dated: August 29, 2014

Respectfully Submitted,

CAROLYN S. TOTO
PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Carolyn S. Toto
Attorneys for Defendant
INPHI CORPORATION