David C. Doyle (CA SBN 70690)
DDoyle@mofo.com
Eric M. Acker (CA SBN 135805)
EAcker@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Plaintiff
NETLIST, INC.

David A. Jakopin (CA SBN 209950)
Keren Hu (CA SBN 252725)
Pillsbury Winthrop Shaw Pittman LLP
2550 Hanover Street
Palo Alto, CA 94304
david.jakopin@pillsburylaw.com
keren.hu@pillsburylaw.com

Carolyn Toto (CA SBN 233825)
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406
carolyn.toto@pillsburylaw.com

Attorneys for Defendant
INPHI CORPORATION.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NETLIST, INC., A Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INPHI CORPORATION, A Delaware Corporation,<br><br>Defendant. | Case No. CV-09-6900-FMO (RNBx)<br><br>**JOINT STATUS REPORT REGARDING STATUS OF REEXAMINATION PROCEEDINGS**<br><br>Honorable Fernando M. Olguin |

Pursuant to the Court's January 31st, 2014 Order Removing Case From Active Caseload (Doc. No. 76), Plaintiff Netlist Inc. ("Netlist") and Defendant Inphi Corporation ("Inphi") hereby submit this Joint Status Report Regarding the Status of the Reexamination Proceedings.

## I.      Proceedings Involving the Asserted Patents

As of the date of this filing, the following *inter partes* reexaminations involving U.S. Patent Nos. 7,532,537; 7,619,912; and 7,636,274 (collectively, the "Asserted Patents") remain pending:  Reexamination Control No. 95/001,381 for U.S. Patent No. 7,532,537 ("the '537 Patent"), Reexamination Control No. 95/001,339 (which has been merged with Reexamination Control Nos. 95/000,578 and 95/000,579) for U.S. Patent No. 7,619,912 ("the '912 Patent"), and Reexamination Control No. 95/001,337 for U.S. Patent No. 7,636,274 ("the '274 Patent").

The following provides the Court with an update on substantive actions taken in connection with the reexaminations involving the Asserted Patents since the parties filed their joint status report on August 24, 2015.

### A. The '537 Patent

Since the parties' August 24, 2015 submissions to the Court, the parties made their oral arguments at a hearing in the U.S. Court of Appeals for the Federal Circuit on October 9, 2015.   A notice of entry of judgment accompanied by opinion was issued on November 13, 2015.  The judgment affirmed the Patent and Trial Appeal Board (PTAB)'s decision.  Subsequently, Inphi timely filed a Combined Petition for Panel Rehearing and Rehearing En Banc on December 13, 2015.  The parties await the Court's action.

### B. The '912 Patent

Since the parties' August 24, 2015 submissions to the Court, the PTAB issued a Notice of Hearing for the consolidated appeal (Appeal No. 2015-006849) on September 29, 2015, setting a hearing date of November 24, 2015. The parties all timely filed their confirmations of attendance at the oral hearing.  On November 19, 2015, Netlist filed an Information Disclosure Statement disclosing 15 non-patent literature documents for the Examiner's

4838-3198-1868.v2

consideration in the reexamination of the '912 Patent.  On November 20, 2015, third-party requester/Appellant Inphi filed a notification regarding the PTAB's decision on a related patent, U.S. Patent No. 7,289,386 (the '386 Patent) on the basis that the decisions are relevant to an issue in the reexamination of the '912 Patent but were issued after Inphi had completed its briefing in this reexamination of the '912 Patent.  The parties participated in the oral hearing on November 24, 2015.

The parties await the PTAB's decision.

## C. The '274 Patent

Since the parties' August 24, 2015 submissions to the Court, the Examiner issued an Examiner's Determination Under 37 C.F.R.§41.77(d) on September 11, 2015, determining that the Board's grounds of rejection in its Decision should be maintained and that a new ground of rejection proposed in the Requester's Comments should be made.  On October 13, 2015, Netlist filed Patent Owner's Comments In Response To Examiner's Determination Pursuant To 37 C.F.R. §41.77(e) and Second Supplemental Declaration of Dr. Carl Sechen Under 37 C.F.R. §1.132. On November 13, 2015, Inphi submitted a Requester's Reply to Patent Owner's Comments in Response to Examiner's Determination Pursuant to 37 C.F.R. §41.77(e) with a Second Supplemental Declaration of Dr. David Wang.

On October 14, 2015, Netlist filed an Information Disclosure Statement disclosing 4 non-patent literature documents for the Examiner's consideration. In addition, on November 12, 2015, Netlist filed an Information Disclosure Statement disclosing 14 non-patent literature documents for the Examiner's consideration in the reexamination of the '274 Patent.  On November 19, 2015, Netlist filed another Information Disclosure Statement disclosing U.S. Court of Appeals for the Federal Circuit Decision on Appeal for

4838-3198-1868.v2

1  Reexamination Control No. 95/001,381 as a non-patent literature document

2  for the Examiner's consideration.

3       The parties await the Board's action.

4                    **D. <u>Interference Proceedings</u>**

5       Two interference proceedings have been requested: one by Sanmina-

6  SCI ("SSC") and its licensee Inphi as to all of the Asserted Patents, which

7  bears U.S. Patent Application No. 11/142,989 (the "SSC '989 Application"),

8  and another by SMART as to the '912 Patent bearing U.S. Patent Application

9  No. 12/902,073 (the "'073 Application"). No interferences have yet been

10 declared.

11       Since the parties' August 24, 2015 submissions to the Court, there has

12 been no substantive action in the SSC '989 Application. The application

13 awaits the Examiner's action.

14       Pursuant to the PTO's August 10, 2015 decision, the prosecution of the

15 '073 Application remains suspended pending the appeal in Reexamination

16 Nos. 95/000,578, 95/000,579, and 95/001,339.

17

18

19

20

21

22

23

24

25

26

27

28

4838-3198-1868.v2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## II. **Conclusion**

Counsel for Netlist and Inphi agree that the Case should still be stayed and remain off the Active Caseload.

Respectfully Submitted,

Dated:  December 22, 2015        MORRISON & FOERSTER LLP

By:  __/s/ Eric M. Acker_____
Eric M. Acker

Attorneys for Plaintiff
NETLIST, INC.

Dated:  December 22, 2015        PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  __/s/ Carolyn S. Toto_____
Carolyn  S. Toto

Attorneys for Defendant
INPHI CORPORATION

JOINT STATUS REPORT
Case No. CV-09-6900-FMO(RNBx)

4838-3198-1868.v2

## <u>DECLARATON OF CONSENT</u>

Pursuant to Civil Local Rule 5-4.3.4(a)(2) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Eric M. Acker.


Dated:  December  22, 2015          Pillsbury, Winthrop Shaw Pittman LLP


                                        By:   /s/ Carolyn S.Toto
                                              Carolyn S. Toto

                                              Attorneys for Defendant
                                              INPHI CORPORATION.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 22, 2015, a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Central District of California which, under Local Civil Rule 5-3.2, is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

Executed on December 22, 2015, at Los Angeles, California.


/s/ Carolyn S. Toto
Carolyn S. Toto

4820-7182-5964.v1